IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02547-RPM

CHRISTINE LEVY LEONARD,

    Plaintiff,

v.

ADVANCE STORES COMPANY, INCORPORATED, a Virginia corporation,
successor by merger to Parts America, Inc., f/k/a Tire and Auto Holdings, Inc.;
ADVANCE MERCHANDISING COMPANY, INC.; and
ADVANCE AUTO PARTS, INC.,

    Defendants.

---

ORDER APPROVING STIPULATED MOTION FOR PROTECTIVE ORDER WITH
CONDITION OF COMPLIANCE WITH D.C.COLO.LCivR 7.2 AND 7.3.

---

    Upon consideration of the Stipulated Motion for Protective Order [9], filed on February 19, 2008, it is

    ORDERED that the motion is approved upon the condition that the parties comply with D.C.COLO.LCivR 7.2 and 7.3 in all filings with the court.

    Dated: February 21, 2008

                                BY THE COURT:

                                s/Richard P. Matsch

                                _____
                                Richard P. Matsch, Senior District Judge