UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 07-cv-02547-RPM-KLM

CHRISTINE LEVY LEONARD,

    Plaintiff,

v.

ADVANCE STORES COMPANY, INCORPORATED, a Virginia corporation, successor by merger to Parts America, Inc., f/k/a Tire and Auto Holdings, Inc.;
ADVANCE MERCHANDISING COMPANY, INC., a Virginia corporation; &
ADVANCE AUTO PARTS, INC., a Delaware corporation.

    Defendants.
_____

**ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER TO EXTEND DISCOVERY CUTOFF FOR DEPOSITIONS OF SPECIFIED WITNESSES TO AND INCLUDING SEPTEMBER 30, 2008**
_____

    Upon consideration of the parties' Joint Motion to Amend Scheduling Order to Extend Discovery Cutoff for Depositions of Specified Witnesses to and Including September 30, 2008, it is

    ORDERED that the motion is granted, and that the discovery cutoff date is extended to and including September 30, 2008.

    DATED this 7th day of July, 2008.

                      BY THE COURT:

                      s/Richard P. Matsch
                      _____
                      Richard P. Matsch, Senior Judge