UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 07-cv-02547-RPM-KLM

CHRISTINE LEVY LEONARD,

        Plaintiff,

v.

ADVANCE STORES COMPANY, INCORPORATED, a Virginia corporation, successor by merger to Parts America, Inc., f/k/a Tire and Auto Holdings, Inc.;
ADVANCE MERCHANDISING COMPANY, INC., a Virginia corporation; &
ADVANCE AUTO PARTS, INC., a Delaware corporation.

        Defendants.

---

**ORDER RE: SECOND JOINT MOTION TO AMEND SCHEDULING ORDER TO EXTEND DISCOVERY CUTOFF FOR DEPOSITION OF DR. GHAZI RAYAN TO AND INCLUDING OCTOBER 3, 2008**

---

Upon consideration of the parties' Second Joint Motion to Amend Scheduling Order to Extend Discovery Cutoff for Deposition of Dr. Ghazi Rayan to and including October 3, 2008, it is

ORDERED that the Motion is granted, and that the discovery cutoff date shall be October 3, 2008.

DATED this 17th day of September, 2008.

                        BY THE COURT:

                        s/ Richard P. Matsch

                        _____
                        Richard P. Matsch, Senior Judge