IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02547-RPM

CHRISTINE LEVY LEONARD,

    Plaintiff,

v.

ADVANCE STORES COMPANY, INCORPORATED, a Virginia corporation,
successor by merger to Parts America, Inc., f/k/a Tire and Auto Holdings, Inc.;
ADVANCE MERCHANDISING COMPANY, INC.; and
ADVANCE AUTO PARTS, INC.,

    Defendants.

---

ORDER SETTING TRIAL DATE

---

    Pursuant to the calendar call on December 5, 2008, it is

    ORDERED that this matter is set for trial to jury on **May 18, 2009, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**

    Dated: December 5th, 2008

                                BY THE COURT:

                                s/Richard P. Matsch

                                Richard P. Matsch, Senior District Judge