UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 07-cv-02547-RPM-KLM

CHRISTINE LEVY LEONARD,

    Plaintiff,

v.

ADVANCE STORES COMPANY, INCORPORATED, a Virginia corporation, successor by merger to Parts America, Inc., f/k/a Tire and Auto Holdings, Inc.;
ADVANCE MERCHANDISING COMPANY, INC., a Virginia corporation; &
ADVANCE AUTO PARTS, INC., a Delaware corporation.

    Defendants.

---

## ORDER FOR DISMISSAL WITH PREJUDICE
---

Upon consideration of the Stipulation for Dismissal with Prejudice [29], it is

ORDERED that all claims which were brought and all claims arising out of the captioned matter which could have been brought by Plaintiff against Defendants are hereby dismissed WITH PREJUDICE, each party to pay their own costs and fees.

DATED this 12th day of February, 2009.

    BY THE COURT:

    s/Richard P. Matsch
    _____
    Richard P. Matsch, Senior District Court Judge